AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

| | |
|---|---|
| JAMES SMITH<br>Plaintiff (s),<br>V.<br>C. R. BARD INCORPORATED, ET AL.<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 4:21-cv-01261-HSG |

Notice is hereby given that, subject to approval by the court, __James Smith__ substitutes
(Party (s) Name)

__Katelyn Richardson__, State Bar No. __295715__ as counsel of record in
(Name of New Attorney)

place of __Basil E. Adham and Clint Reed__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Johnson Law Group
Address: 2925 Richmond Avenue, Suite 1700, Houston, Texas 77098
Telephone: (713) 626-9336    Facsimile (713) 583-9460
E-Mail (Optional):

I consent to the above substitution.
Date: 3/9/2021
/s/ James Smith
(Signature of Party (s))

I consent to being substituted.
Date: 3/9/2021
Johnson Law Group
/s/ Basil E. Adham    /s/ Clint Reed
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/9/2021
Johnson Law Group
/s/ Katelyn Richardson
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/15/2021
*Haywood S. Gilliam Jr.*
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**